IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02208-BNB

BRADFORD L. JONES,

    Applicant,

v.

J. M. WILNER, Warden, FCI - Florence,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 04 2008

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Applicant, Bradford L. Jones, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution in Florence, Colorado. He filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a supporting brief. He paid the $5.00 habeas corpus filing fee.

On October 24, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Jones to file an amended pleading within thirty days because the asserted claim was not a habeas corpus claim challenging the validity of his conviction or the execution of his sentence but rather a civil right claim challenging the conditions of his confinement, i.e., his custody classification. Magistrate Judge Boland also ordered Mr. Jones to allege each named Defendant's personal participation in the asserted claim or claims. Lastly, Magistrate Judge Boland ordered Mr. Jones within thirty days either to pay the $345.00 balance of the $350.00 filing fee for a civil rights action or to file a Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and make monthly payments in accordance with 28 U.S.C. § 1915(b)(2) until the filing fee is paid in full. Magistrate Judge Boland warned Mr. Jones that failure to comply with the October 24 order within the time allowed would result in the dismissal of the instant action without further notice.

Mr. Jones has failed within the time allowed to comply with the directives of the October 24, 2008, order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is denied and the action is dismissed without prejudice for failure to comply with the October 24, 2008, order for an amended pleading and for failure to prosecute.

DATED at Denver, Colorado, this 2 day of December, 2008.

BY THE COURT:

ZITA L. WEINSHEINK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02208-BNB

Bradford L. Jones
Reg. No. 06361-078
FCI- Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/4/08

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                     Deputy Clerk